NAHE v. BAUER et al.

(Supreme Court, Appellate Division, Second Department.   June 18, 1909.)

On motion for reargument.   Denied.
For former report, see 117 N. Y. Supp. 356.
Argued before HIRSCHBERG, P. J., and JENKS, GAYNOR, BURR, and RICH, JJ.

PER CURIAM.   Motion for reargument denied, with costs, on the authority of Nahe v. Bauer (action No. 1, decided herewith) 117 N. Y. Supp. 635.